IT IS SO ORDERED.

DATED: August 23, 2023

*Stephen V. Wilson*
**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS EUGENE GRAY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>L. GRANT,<br><br>　　　　　　　　　Defendant. | 2:22-cv-01801-SVW-JPR<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

　　Plaintiff Thomas Eugene Gray and Defendant L. Grant have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　Each party shall bear its own litigation costs and attorney's fees.

　　It is so stipulated.

Dated: 8/22/23　　　　　　　　　　　　*Thomas E. Gray*
　　　　　　　　　　　　　　　　　　　THOMAS EUGENE GRAY
　　　　　　　　　　　　　　　　　　　Plaintiff

1

Dated: 08/22/2023

*David E. Kuchinsky*

David E. Kuchinsky
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendant L. Grant*

LA2022304397
Gray - Stip Vol Dismissal.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Thomas Eugene Gray (AS-5651) v. L. Grant** | No. | **2:22-cv-01801-SVW (JPR)** |

I hereby certify that on <u>August 22, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 22, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Thomas Eugene Gray (AS5651)
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 22, 2023</u>, at Sacramento, California.

| | |
|---|---|
| Y. Pacheco | */s/ Y. Pacheco* |
| Declarant | Signature |

LA2022304397
37439640.docx